

IN THE
TENTH COURT OF APPEALS

No. 10-14-00269-CR

JAMES GLYNN KEETON,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the County Court at Law No. 2
McLennan County, Texas
Trial Court No. 2013-2046-CR2

ORDER

James Keeton's motion for rehearing, filed on December 7, 2015, is denied.

PER CURIAM

Before Chief Justice Gray,
         Justice Davis, and
         Justice Scoggins
Motion denied
Order issued and filed December 23, 2015

